IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Kaori Sullivan, as Personal Representative for the Estate of Patrick S. Sullivan, | ) ) ) ) | Civil Action No: 3:12-cv-00905-JFA |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| The United States of America, | ) ) | |
| Defendant. | ) ) | |

### CONSENT ORDER FOR DISMISSAL

It is hereby stipulated and consented by and between Kaori Sullivan, as Personal Representative for the Estate of Patrick S. Sullivan, Plaintiff, and the United States of America, by and through the undersigned attorneys, as follows: the Plaintiff has agreed to dismiss this action, with prejudice, as a result of a settlement of this case, as further set forth in the Stipulation of Compromise, filed herein. It is therefore, for good cause showing,

ORDERED that this civil action be dismissed, with prejudice.

AND IT IS SO ORDERED.

_____
Honorable Joseph F. Anderson
United States District Judge

October 9, 2012

We consent to the entry of this Order:

WILLIAM N. NETTLES
UNITED STATES ATTORNEY


By: _s/ R. Emery Clark_
    R. Emery Clark
    Assistant United States Attorney
    1441 Main Street, Suite 500
    Columbia, SC 29201
    (803) 929-3085



_s/ Todd R. Ellis_
Todd R. Ellis, Esquire
Todd Ellis Law Firm
7911 Broad River Road, Suite 100
Irmo, SC 29063

2